IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| **DAKOTA COMPTON** | * | |
| *Plaintiff,* | * | **Case No.:** |
| | * | |
| vs. | * | |
| | * | |
| **STATE OF MARYLAND,** *et al.* | * | |
| *Defendants.* | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF REMOVAL

The State of Maryland and the Maryland Transportation Authority ("State Defendants") give notice of the removal of this action from the Circuit Court for Baltimore City, Maryland, pursuant to 28 U.S.C. §§ 1441 and 1446, and state as follows:

1. Defendants have been sued in a civil action filed and presently pending before the Circuit Court for Baltimore City, entitled **Dakota Compton v. State of Maryland,** *et al.*, **Case Number 24-C-18-006656.**

2. On February 14, 2019, the State Defendants received a copy of the Writ of Summons and Complaint, which is the initial pleading setting forth the claims upon which this action is based. This Notice is therefore timely filed.

3. Upon information and belief, pursuant to the Maryland Judiciary Electronic Case Search docket, no other co-defendants have been served, and that on further information and belief, Co-defendant Satish Bhardwaj would consent to removal.

4. The following constitute all of the process, pleadings, and orders in this matter received by the State Defendants to date:

    a. Summons for the State Defendants, a copy of which is attached as Exhibit A;

    b. Complaint, a copy of which is attached as Exhibit B.

5. This action is a civil action of which this Court has jurisdiction, pursuant to 28 U.S.C. §§ 1331 and 1441, in that:

    a. This action arises under the laws of the United States,

    b. The six count Complaint alleges causes of action arising under Title VII of the Civil Rights Act of 1964, as amended 42 U.S.C. § 2000e, *et seq.*

6. State Defendants will promptly file a copy of this Notice with the Clerk of the Circuit Court for Baltimore City.

WHEREFORE, State Defendants respectfully request that this case proceed before this Court as an action properly removed.

Respectfully submitted,

<table>
<tr><td>

/s/ Megan E. Mohan
Megan E. Mohan
Federal ID. No. 20521
Assistant Attorney General
Office of the Attorney General
Maryland Transportation Authority
2310 Broening Highway
Baltimore, MD 21224
Tel: 410-537-1010
mmohan@mdta.state.md.us

Attorney for State Defendants

</td><td>

/s/ Christy A. Fisher
Christy A. Fisher
Federal ID. No. 13332
Assistant Attorney General
Office of the Attorney General
Maryland Transportation Authority
2310 Broening Highway
Baltimore, MD 21224
Tel: 410-537-5681
cfisher2@mdta.state.md.us

Attorney for State Defendants

</td></tr>
</table>

Date: March 15, 2019

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of March 2019, a copy of the State of Maryland and that Maryland Transportation Authority's Notice of Removal, with exhibits, were mailed first-class mail, postage prepaid, to:

Mark R. Millstein, Esq.
Courtside Professional Building
110 East Lexington Street
Suite 300
Baltimore, MD 21202

*Counsel for Plaintiff Dakota Compton*

David M. Silbiger, Esq.
Courtside Professional Building
110 East Lexington Street
Suite 100
Baltimore, MD 21202

*Counsel for Plaintiff Dakota Compton*

Satish Bhardwaj
8537 Stevenswood Road
Baltimore, MD 21244

*Co-Defendant*

s/Megan E. Mohan
Megan E. Mohan
Assistant Attorney General